BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
Symphony Towers
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-3897

*Counsel for Plaintiff Tsengkong Hu*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSENGKONG HU, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIDI GLOBAL INC., WILL WEI CHENG, JEAN QING LIU, STEPHEN JINGSHI ZHU, ALAN YUE ZHUO, ZHIYI CHEN, MARTIN CHI PING LAU, KENTARO MATSUI, ADRIA PERICA, DANIEL YONG ZHANG, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., BARCLAYS CAPITAL INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CITIGROUP GLOBAL MARKETS INC., GUOTAI JUNAN SECURITIES (HONG KONG) | No. 21-cv-07104-FLA-PLA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

[Caption continued on next page]

LIMITED, HSBC SECURITIES (USA) INC., UBS SECURITIES LLC, BOCI ASIA LIMITED, BOCOM INTERNATIONAL SECURITIES LIMITED, CCB INTERNATIONAL CAPITAL LIMITED, CLSA LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, FUTU INC., ICBC INTERNATIONAL SECURITIES LIMITED, MIZUHO SECURITIES USA LLC, TIGER BROKERS (NZ) LIMITED, COLLEEN A. DE VRIES, and COGENCY GLOBAL, INC.,

Defendants.

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Tsengkong Hu ("Plaintiff") hereby voluntarily dismisses, without prejudice, the above-captioned action against all defendants. No defendant has filed an answer or moved for summary judgment. No Class has yet been certified. Neither Plaintiff nor his attorneys have received or will receive any consideration for this dismissal.

Plaintiff is aware of the substantially similar securities class actions filed in the United States District Court for the Southern District of New York ("S.D.N.Y."), *Espinal v. Didi Global Inc. f/k/a Xiaoju Kuaizhi Inc.,et al.*, No. 1:21-cv-05807-LAK, *Chopra v. Didi Global Inc. f/k/a Xiaoju Kuaizhi Inc.,et al.*, No. 1:21-cv-05973-LAK, and *Kucharski v. Didi Global Inc. f/k/a Xiaoju Kuaizhi Inc.,et al.*, No. 1:21-cv-06603-LAK.

Each of the competing lead plaintiff movants who filed substantially similar motions for consolidation of related cases, appointment as lead plaintiff, and approval of selection of lead counsel in this District also filed similar motions in the first-filed action in S.D.N.Y.[1] *See Franklin v. DiDi Global Inc., et al.*, No. 2:21-cv-05486-AB-SK (C.D. Cal.), Dkt. Nos. 16, 19, 21, 26, 28, 39, 44, 47, and 51; *Espinal* Action, Dkt. Nos. 5, 11, 12, 16, 19, 23, 27, and 29; *see also Espinal* Action, Dkt. Nos. 8 and 33 (lead plaintiff movants who only moved in S.D.N.Y. and merely noted their motions in S.D.N.Y. in this District).

---

[1] Movant Allen Floyd did not move for appointment as lead plaintiff in the S.D.N.Y. actions. However, Mr. Floyd is not competing for lead plaintiff as he filed a notice of non-opposition to the competing motions, noting "that [Mr. Floyd] does not have and that competing movant Junhong Cao ("Cao") does have the largest financial interest pursuant to the Private Securities Litigation Reform Act of 1995. … Movant supports the appointment of Mr. Cao and approval of his selection of counsel, The Rosen Law Firm, P.A." *Franklin v. DiDi Global Inc., et al.*, No. 2:21-cv-05486-AB-SK, ECF No. 69 at 4.

- 1 -

On Friday, September 17, 2021, Plaintiff's counsel and counsel for defendants met and conferred regarding defendants' prospective motion to transfer. On September 20, 2021 Counsel for defendants provided Plaintiff's counsel with case authorities and documentation in support of their position to transfer this action to S.D.N.Y. After review of such documentation, Plaintiff voluntarily dismisses this action without prejudice in favor of the substantially similar actions in S.D.N.Y.

As such, Plaintiff's, the lead plaintiff movants', and the putative class' interests are and will be represented.

DATED:  September 22, 2021

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**

By:    /s/ *Rachele R. Byrd*
RACHELE R. BYRD

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-3897

*Counsel for Plaintiff Tsengkong Hu*

- 2 -